### W. MORRISON v. ISAAC JALIORICK & CO.

(No. 556, Tex. L. J., vol. 2, p. 571.)

APPEAL from Galveston County.   Opinion by WHITE, J.

§ 735. *Jurisdiction; plea of personal privilege to be sued in county of residence.*   Where a plea of personal privilege to be sued in the county of defendant's residence is good in form and substance, it is error for the court to refuse evidence to be introduced in support thereof.   [Pas. Dig. art. 1423; Acts 15th Leg. p. 157, sec. 8; p. 159, sec. 12.]

March 5, 1879.          Reversed and remanded.